MICHAEL G. LONG, ESQ. (SBN 129771)
JARED M. WAYNE, ESQ. (SBN 237602)
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
2040 Main Street, Suite 300
Irvine, California 92614
Telephone: (949) 852-6700
Facsimile: (949) 261-0771
mlong@wthf.com
jwayne@wthf.com

CLOSED

Attorneys For Third-Party Defendant CH2M HILL, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| AMERICAN ASPHALT & GRADING COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES,<br><br>    Defendant. | Case No. CV 07–03894 RGK(AJWx)<br><br>**JUDGMENT** |
| CITY OF LOS ANGELES,<br><br>    Third-Party Plaintiff,<br><br>vs.<br><br>CH2M HILL, INC.<br><br>    Third-Party Defendant. | |

Pursuant to this Court's Civil Minutes dated April 30, 2008 (Docket Number 102) and pursuant to this Court's Order Granting Summary Judgment dated September 26, 2008 (Docket Number 161), and pursuant to all findings of fact and conclusions of law upon which said orders are based,

1

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. Final judgment is entered in favor of Third-Party Defendant CH2M HILL, INC. ("CH2M HILL") on the claims for equitable indemnity contained in the Third-Party Complaint filed by the City of Los Angeles ("the City") on or about July 7, 2007.
2. The remainder of the claims contained in the Third-Party Complaint are dismissed for lack of subject matter jurisdiction.
3. CH2M HILL is the prevailing party on the Third-Party Complaint filed by the City.
4. As the prevailing party, CH2M HILL is awarded $ (TO BE DETERMINED) in costs as determined by the Clerk after costs have been taxed.
5. Pursuant to 28 U.S.C. § 1919, CH2M HILL is also awarded the costs referenced in Paragraph 4 above as just costs following dismissal of the remainder of the City's claims for want of jurisdiction.

**IT IS SO ORDERED.**

Dated this 9th day of October, 2008 _____

_____
Honorable R. Gary Klausner
United States District Judge